IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARVIN A. PORTER, JR.                )
                                     )   No. 3-10-0585
v.                                   )
                                     )
PROGRESSIVE DIRECTIONS, INC.         )

O R D E R

On January 14, 2011, the defendant filed a motion for summary judgment (Docket Entry No. 12).

In accord with the order entered November 15, 2010 (Docket Entry No. 11), the plaintiff shall have until February 18, 2011, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by March 4, 2011, if the response is filed on February 18, 2011.

No other filings in support of or in opposition to the defendant's pending motion for summary judgment shall be made except with the express permission of the Honorable John T. Nixon.

The Clerk is directed to forward the file in this case to Judge Nixon for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 12-15), the plaintiff's response to be filed by February 18, 2011, and any reply, if necessary, to be filed no later than March 4, 2011.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge