IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARVIN A. PORTER, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:10-CV-0585 |
| PROGRESSIVE DIRECTIONS, INC., | ) |
| Defendant. | ) |

## AGREED ORDER RESTTING PRETRIAL CONFERENCE

It is agreed by the parties that the pretrial conference set on June 29, 2011 at 10:00 a.m. be reset to June 24, 2011 at 10:00 a.m.

It is so **ORDERED**.

**ENTERED** this the 24 day of February, 2011.

_____
JUDGE

**APPROVED FOR ENTRY:**

s/ Phillip L. Davidson
**PHILLIP L. DAVIDSON**, #6466
2400 Crestmoor Road, Ste. 107
Nashville, TN 37215
phil@pldavidson.com
615.386.7115

*Attorney for Plaintiff*

**SCRUGGS & LAND, PLLC**

1