UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM A. PORTER, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-00585 |
| ) | Judge Sharp |
| PROGRESSIVE DIRECTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court rules as follows:

(1) Defendant's Motion for Summary Judgment (Docket No. 12) is hereby DENIED;

(2) Defendant's Motion to Strike (Docket No. 24) is hereby DENIED; and

(3) Plaintiff's Motion to File Substitute Affidavit (Docket No. 25) is hereby GRANTED, and Jon Bray's signed and notarized Affidavit (Docket No. 23-1) is hereby filed of record in this case.

The Final Pretrial Conference will be held in this case on June 24, 2011, at 10:00 a.m., and the jury trial will commence on July 12, 2011, at 9:00 a.m., both as previously scheduled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE