IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARVIN A. PORTER, JR. )
) No. 3-10-0585
v. )
)
PROGRESSIVE DIRECTIONS, INC. )

O R D E R

All pretrial deadlines, except for the June 22, 2011, deadline, provided in the order entered July 28, 2010 (Docket Entry No. 9), for filing a joint pretrial order, final witness and exhibit lists,[1] agreed stipulations, and proposed jury instructions, have passed.

Other than the plaintiff's unopposed motion to substitute his brief filed in opposition to the defendant's motion for summary judgment as his trial brief (Docket Entry No. 28), there are no pending motions.

Inasmuch as there are no matters to be addressed by the Magistrate Judge prior to trial and inasmuch as the pretrial conference is scheduled on June 24, 2011, and the trial on July 12, 2011, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The parties have already filed their joint proposed pretrial order and witness and exhibits lists. See Docket Entry Nos. 29-30, and 36-38.